**CLYDE & CO US LLP**
200 Campus Drive
Suite 300
Florham Park, NJ 07932
(973) 210-6700
Attorneys for Plaintiff, Wingate Inns International, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WINGATE INNS INTERNATIONAL, INC., a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>RANINGRID, LLC a Wisconsin Limited Liability Company, and RANDALL RETZLAFF, an individual,<br><br>Defendants. | Civil Action No. 10-cv-04468 (KSH) (PS))<br><br>**FINAL JUDGMENT BY DEFAULT** |

This matter having been opened to the Court by plaintiff, Wingate Inns International, Inc. ("WII"), by its attorneys, Clyde & Co US LLP, seeking the entry of final judgment by default against defendant, Raningrid, LLC ("Defendant"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on September 1, 2010, seeking damages as a result of the breach of a Franchise Agreement between WII and Defendant; and it appearing that the summons and a copy of the complaint in this action were served upon Defendant on September 9, 2010; and it appearing that default was duly noted by the Clerk of the Court against Defendant, on October 4, 2010, for its failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this 31st day of August, 2011,

2336113-01

**ORDERED, ADJUDGED AND DECREED** that WII have judgment against Defendant, in the total amount of $542,576.36 comprised of the following:

(a) $188,276.96 for Recurring Fees (principal plus prejudgment interest);

(b) $274,860.17 for liquidated damages (principal plus prejudgment interest);

(c) $72,666.66 for the Development Incentive Note damages (principal plus prejudgment interest); and

(d) $6,772.57 for attorneys' fees and costs.

_____
Katherine S. Hayden, U.S.D.J.

286487-1